**Christopher SIMMLER, Plaintiff— Appellant,**

v.

**ECKERD CORPORATION; Michael A. Parrish, Defendants—Appellees,**

and

**Allen Questrom, Ceo; Luisa Hollingsworth; Robin Parrish; Brenden O'Hara; Butner Creedmoor Family Practice; Robert Juer, Defendants.**

No. 04–2359.

United States Court of Appeals, Fourth Circuit.

Submitted: April 22, 2005.

Decided: May 4, 2005.

Christopher Simmler, Appellant pro se.

Keith Harrison Johnson, Poyner & Spruill, Raleigh, North Carolina, for Appellees.

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher Simmler appeals the district court's order granting summary judgment to Defendants in this action alleging wrongful discharge and assault and battery. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Simmler v. Eckerd Corp.,* No. CA–03–279–5–BR (E.D.N.C. Aug. 19, 2004 & Sept. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*